**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:  Timothy W Robbins<br>Laura J Robbins<br><br>Debtors | )  Case no. 14-33887<br>)<br>)  Chapter 13<br>)<br>)  Judge:  A. Benjamin Goldgar<br>) |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Timothy W Robbins
Laura J Robbins
324 Farmingdale Circle
Vernon Hills, IL  60061

Sulaiman Law Group
900 Jorie Blvd #150
Oak Brook, IL 60523

Please take notice that on Friday, October 9, 2015 at 10:00 am, a representative of this office shall appear before the Honorable Judge A. Benjamin Goldgar at the North Branch Court, 1792 Nicole Lane, Round Lake Beach, IL 60073 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Monday, September 21, 2015.

/s/ Carrie ODonnell

For:  Glenn Stearns, Trustee

---

**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtors filed a petition under the Bankruptcy Code on September 17, 2014.
2. The debtors plan was confirmed on March 13, 2015.

A Summary of the debtors plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $2,286.00 | Last Payment Received: | August 18, 2015 |
| Amount Paid: | $17,913.49 | Amount Delinquent: | $6,874.47 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtors with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

/s/  Glenn Stearns

For:  Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888